| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Stephen W. Weiss** | Social Security number or ITIN | **xxx–xx–3960** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jill Bennett–Weiss** | Social Security number or ITIN | **xxx–xx–6114** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **11–21192–GLT** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen W. Weiss                    Jill Bennett–Weiss

<u>8/19/16</u>                    **By the court:**    <u>Gregory L. Taddonio</u>
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 11-21192-GLT
Stephen W. Weiss                                                        Chapter 13
Jill Bennett-Weiss
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jbre           Page 1 of 3           Date Rcvd: Aug 19, 2016
                          Form ID: 3180W       Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
```
db/jdb         +Stephen W. Weiss,    Jill Bennett-Weiss,    134 Anita Avenue,    Pittsburgh, PA 15217-2523
cr             +BAC Home Loans Servicing, LP,     c/o Prober, & Raphael, a Law Corp.,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
cr              Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,    P.O. Box 4365,
                 Woodland Hills, CA  91365-4365
12988498        #Choice Gold,    P.O. Box 182564,    Columbus, OH 43218-2564
13098741       +County of Allegheny,    Goehring, Rutter& Boehm,    437 Grant Street 14th floor,
                 Pittsburgh PA 15219-6107
12988502        Lane Bryant,    P.O. Box 530916,    San Antonio, TX 78265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2016 01:17:41      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: BASSASSOC.COM Aug 20 2016 01:03:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              EDI: RECOVERYCORP.COM Aug 20 2016 00:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13027304        EDI: AIS.COM Aug 20 2016 00:58:00      American InfoSource LP as agent for WFNNB,
                 as assignee of,    Lane Bryant,    PO Box 248872,    Oklahoma City, OK  73124-8872
13110889       +EDI: BANKAMER.COM Aug 20 2016 01:03:00      BAC Home Loan Servicing LP,    Bankruptcy Department,
                 400 National Way, Mail Stop CA6-919-01-2,     Simi Valley, California 93065-6414
13068427       +EDI: BANKAMER.COM Aug 20 2016 01:03:00      BAC Home Loans Servicing, LP,
                 Bankruptcy Department,    Mail Stop: CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
13024826       +EDI: OPHSUBSID.COM Aug 20 2016 00:58:00      BACK BOWL I LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
12988497        EDI: CHASE.COM Aug 20 2016 00:58:00      BP Oil,    P.O. Box 15153,    Wilmington, DE 19886-5153
12988493        EDI: BANKAMER.COM Aug 20 2016 01:03:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
12988496        EDI: BANKAMER.COM Aug 20 2016 01:03:00      Bank of America Home Loans,    c/o Customer Service,
                 P. O. Box 5170,    Simi Valley, CA 93062-5170
12988494        EDI: BANKAMER.COM Aug 20 2016 01:03:00      Bank of America Home Loans,    P.O. Box 15222,
                 Wilmington, DE 19886-5222
12988495       +EDI: BANKAMER.COM Aug 20 2016 01:03:00      Bank of America Home Loans,    7105 Corporate Drive,
                 Plano, TX 75024-4100
13167546        EDI: RESURGENT.COM Aug 20 2016 01:03:00      CR Evergreen II, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
13467882       +EDI: BASSASSOC.COM Aug 20 2016 01:03:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13071510        EDI: CHASE.COM Aug 20 2016 00:58:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
12999620       +EDI: TSYS2.COM Aug 20 2016 00:58:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
12988499        EDI: DISCOVER.COM Aug 20 2016 00:58:00      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
12993898        EDI: DISCOVER.COM Aug 20 2016 00:58:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13255775       +EDI: RESURGENT.COM Aug 20 2016 01:03:00      East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13029730       +EDI: BANKAMER.COM Aug 20 2016 01:03:00      FIA Card Services, NA as successor in interest to,
                 Bank of America NA and MBNA America Bank,    1000 Samoset Drive,    DE5-023-03-03,
                 Newark, DE 19713-6000
12988500        EDI: RMSC.COM Aug 20 2016 01:03:00      GAP/GEMB,    P.O. Box 530942,    Atlanta, GA 30353-0942
13433874        EDI: RMSC.COM Aug 20 2016 01:03:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13000437        EDI: RESURGENT.COM Aug 20 2016 01:03:00      GE Money Bank,    c/o B-Line, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
12988501        EDI: RMSC.COM Aug 20 2016 01:03:00      GE Money Bank/DSG,    P.O. Box 530916,
                 Atlanta, GA 30353-0916
13100354       +EDI: BASSASSOC.COM Aug 20 2016 01:03:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
13084618        EDI: RESURGENT.COM Aug 20 2016 01:03:00      LVNV Funding LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12988503        EDI: TSYS2.COM Aug 20 2016 00:58:00      Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
13294330       +E-mail/Text: bknotice@ncmllc.com Aug 20 2016 01:18:03      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12988504        EDI: HFC.COM Aug 20 2016 01:03:00      Neiman Marcus,    P. O. Box 5235,
                 Carol Stream, IL 60197-5235
12988505        E-mail/Text: bnc@nordstrom.com Aug 20 2016 01:17:13      Nordstrom Bank,    P.O. Box 79134,
                 Phoenix, AZ 85062-9134
```

```
District/off: 0315-2           User: jbre                  Page 2 of 3                   Date Rcvd: Aug 19, 2016
                               Form ID: 3180W              Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13024825       +EDI: OPHSUBSID.COM Aug 20 2016 01:03:00      OAK HARBOR CAPITAL II LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13402379        EDI: PRA.COM Aug 20 2016 00:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 NORFOLK, VA 23541
13627541       +EDI: PRA.COM Aug 20 2016 00:58:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13433875        EDI: RECOVERYCORP.COM Aug 20 2016 00:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12988506        EDI: HFC.COM Aug 20 2016 01:03:00      Saks Fifth Avenue,    P.O. Box 17157,
                 Baltimore, MD 21297-1157
12988508        EDI: RMSC.COM Aug 20 2016 01:03:00      Sam's Club/GEMB,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
12988509        EDI: TFSR.COM Aug 20 2016 01:03:00      Toyota Financial,    Attn: Bankruptcy Dept.,
                 P.O. Box 8026,   Cedar Rapids, IA 52408-8026
12988510        EDI: TFSR.COM Aug 20 2016 01:03:00      Toyota Financial,    PO Box 5855,
                 Carol Stream, IL 60197
13022303        EDI: TFSR.COM Aug 20 2016 01:03:00      Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026
13123080        EDI: ECAST.COM Aug 20 2016 00:58:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
13618554       +EDI: BASSASSOC.COM Aug 20 2016 01:03:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
13089985        EDI: ECAST.COM Aug 20 2016 00:58:00      eCAST Settlement Corporation, assignee,
                 of Citibank (South Dakota), N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                                TOTAL: 42

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Bank Of America, N.A.
cr              City and SD of Pittsburgh
cr              Duquesne Light Company
cr              The Bank of New York Mellon, et al...
cr*             CR Evergreen II, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
cr*            +National Capital Management, LLC,   8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA  23541)
cr*            +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
cr*            +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
12988507*       SAKS Fifth Avenue,   P.O. Box 17157,   Baltimore, MD 21297-1157
                                                                                    TOTALS: 5, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: jbre                    Page 3 of 3            Date Rcvd: Aug 19, 2016
                               Form ID: 3180W                Total Noticed: 48
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   Bank Of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Christopher M. Frye    on behalf of Debtor Stephen W. Weiss chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;npalashoff@steidl-steinberg.com;todd@steidl-steinberg.com;lesli
           e.nebel@steidl-steinberg.com
          Christopher M. Frye    on behalf of Joint Debtor Jill  Bennett-Weiss
           chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;npalashoff@steidl-steinberg.com;todd@steidl-steinberg.com;lesli
           e.nebel@steidl-steinberg.com
          Gregory   Javardian    on behalf of Creditor   The Bank of New York Mellon, et al...
           greg@javardianlaw.com,  mary@javardianlaw.com;tami@javardianlaw.com
          Gregory   Javardian    on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```