IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/19/16 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
STEPHEN W. WEISS
JILL BENNETT-WEISS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:11-21192

Chapter 13

Document No.: 107

## ORDER OF COURT

AND NOW, this \_\_\_19th\_\_\_ day of \_\_\_August\_\_\_, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:  Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: August 19, 2016

_____
Gregory L. Addonio    jah
United States Bankruptcy Judge

Case 11-21192-GLT   Doc 118   Filed 08/21/16   Entered 08/22/16 00:53:05   Desc
Imaged Certificate of Notice   Page 2 of 4


United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-21192-GLT
Stephen W. Weiss                                                      Chapter 13
Jill Bennett-Weiss
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jbre              Page 1 of 3             Date Rcvd: Aug 19, 2016
                              Form ID: pdf900         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.

```
db/jdb       +Stephen W. Weiss,    Jill Bennett-Weiss,    134 Anita Avenue,    Pittsburgh, PA 15217-2523
cr           +BAC Home Loans Servicing, LP,    c/o Prober, & Raphael, a Law Corp.,
               20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
cr            Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,    P.O. Box 4365,
               Woodland Hills, CA  91365-4365
13110889     +BAC Home Loan Servicing LP,    Bankruptcy Department,    400 National Way, Mail Stop CA6-919-01-2,
               Simi Valley, California 93065-6414
13068427     +BAC Home Loans Servicing, LP,    Bankruptcy Department,    Mail Stop: CA6-919-01-23,
               400 National Way,    Simi Valley, CA 93065-6414
12988497      BP Oil,   P.O. Box 15153,    Wilmington, DE 19886-5153
12988493      Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
12988494      Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
12988495     +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
12988496      Bank of America Home Loans,    c/o Customer Service,    P. O. Box 5170,
               Simi Valley, CA 93062-5170
13071510      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12988498     #Choice Gold,    P.O. Box 182564,    Columbus, OH 43218-2564
13098741     +County of Allegheny,    Goehring, Rutter& Boehm,    437 Grant Street 14th floor,
               Pittsburgh PA 15219-6107
12999620     +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
13029730     +FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
               1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
12988502      Lane Bryant,    P.O. Box 530916,    San Antonio, TX 78265
12988503      Macy’s,    P.O. Box 689195,    Des Moines, IA 50368-9195
12988504      Neiman Marcus,    P. O. Box 5235,    Carol Stream, IL 60197-5235
12988506      Saks Fifth Avenue,    P.O. Box 17157,    Baltimore, MD 21297-1157
12988509     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial,    Attn: Bankruptcy Dept.,    P.O. Box 8026,
               Cedar Rapids, IA 52408-8026)
13123080      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13089985      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/Text: bnc@bass-associates.com Aug 20 2016 01:17:02     Capital One, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr            E-mail/PDF: rmscedi@recoverycorp.com Aug 20 2016 01:28:37
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13027304      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2016 01:28:52
               American InfoSource LP as agent for WFNNB,    as assignee of,    Lane Bryant,    PO Box 248872,
               Oklahoma City, OK  73124-8872
13024826     +E-mail/Text: bncmail@w-legal.com Aug 20 2016 01:18:00      BACK BOWL I LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13167546      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:43
               CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13467882     +E-mail/Text: bnc@bass-associates.com Aug 20 2016 01:17:03     Capital One, N.A.,
               c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12988499      E-mail/Text: mrdiscen@discover.com Aug 20 2016 01:17:04      Discover,    P.O. Box 71084,
               Charlotte, NC 28272-1084
12993898      E-mail/Text: mrdiscen@discover.com Aug 20 2016 01:17:04      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13255775     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:42
               East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               Greenville, SC 29602-0288
12988500      E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2016 01:28:25     GAP/GEMB,    P.O. Box 530942,
               Atlanta, GA 30353-0942
13433874      E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2016 01:28:23     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13000437      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:43     GE Money Bank,
               c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12988501      E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2016 01:27:28     GE Money Bank/DSG,
               P.O. Box 530916,    Atlanta, GA 30353-0916
13100354     +E-mail/Text: bnc@bass-associates.com Aug 20 2016 01:17:03     HSBC Bank Nevada, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
13084618      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:42     LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13294330     +E-mail/Text: bknotice@ncmllc.com Aug 20 2016 01:18:01     National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12988505      E-mail/Text: bnc@nordstrom.com Aug 20 2016 01:17:13     Nordstrom Bank,    P.O. Box 79134,
               Phoenix, AZ 85062-9134
```

```
District/off: 0315-2            User: jbre                  Page 2 of 3                   Date Rcvd: Aug 19, 2016
                                Form ID: pdf900             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13024825       +E-mail/Text: bncmail@w-legal.com Aug 20 2016 01:17:59      OAK HARBOR CAPITAL II LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13402379        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13627541       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:27:34
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13433875        E-mail/PDF: rmscedi@recoverycorp.com Aug 20 2016 01:27:40
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12988508        E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2016 01:27:30       Sam's Club/GEMB,
                 P.O. Box 530942,    Atlanta, GA 30353-0942
13618554       +E-mail/Text: bnc@bass-associates.com Aug 20 2016 01:17:03       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,     Tucson, AZ 85712-1083
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Bank Of America, N.A.
cr              City and SD of Pittsburgh
cr              Duquesne Light Company
cr              The Bank of New York Mellon, et al...
cr*             CR Evergreen II, LLC,   MS 550,   PO Box 91121,    Seattle, WA 98111-9221
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
cr*            ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,     POB 41067,
                 Norfolk, VA 23541)
cr*            +PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
cr*            +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
12988507*       SAKS Fifth Avenue,   P.O. Box 17157,    Baltimore, MD 21297-1157
12988510*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial,    PO Box 5855,    Carol Stream, IL 60197)
13022303*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026)
                                                                                  TOTALS: 5, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Bank Of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

```
District/off: 0315-2          User: jbre                 Page 3 of 3              Date Rcvd: Aug 19, 2016
                              Form ID: pdf900            Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher M. Frye    on behalf of Debtor Stephen W. Weiss chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;npalashoff@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Christopher M. Frye    on behalf of Joint Debtor Jill  Bennett-Weiss chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;npalashoff@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Gregory  Javardian    on behalf of Creditor   The Bank of New York Mellon, et al...
           greg@javardianlaw.com,    mary@javardianlaw.com;tami@javardianlaw.com
          Gregory  Javardian    on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                             TOTAL: 10